UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.R.L. ,<br><br>   Petitioner,<br><br>   v.<br><br>SERGIO ALBARRAN, *et al.*,<br><br>   Respondent, | Case No. 1:26-cv-1511-DAD-JDP<br><br>ORDER |

On February 26, 2026, the court granted petitioner's motion for a preliminary injunction and referred the matter to me for further proceedings. ECF No. 10.

Still pending is respondents' response to the petition, ECF No. 9. Petitioner may file a reply to respondents' response within seven days. If petitioner does not file a reply by this deadline, the matter will be deemed submitted.

1

     Accordingly, it is hereby ORDERED that petitioner may file a reply to respondents' response within seven days. If petitioner do not file a reply by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.

Dated:   <u>March 10, 2026</u>                                                 
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE